■ In the Matter of ANN L. MASSARO, Doing Business as LYNCH'S RESTAURANT, Petitioner, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority of the State of New York, Respondents.— Determination of the State Liquor Authority confirmed, with $10 costs and disbursements. All concur. (Review of action by the State Liquor Authority which suspended for 15 days petitioner's liquor license for premises operated by her in the village of Herkimer, N. Y., which proceeding was transferred to the Appellate Division for determination by order of Onondaga Special Term.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ CREDIT ACCEPTANCE CORPORATION, Appellant, v. FRANCES MILLIARD, as Administratrix of the Estate of GEORGE MILLIARD, Deceased, Defendant, and WALTER E. SULLIVAN, Respondent.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Erie County Court dismissing the complaint on the merits as to defendant Sullivan in an action in conversion.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ JOSEPH BIONDO et al., Doing Business as OASIS CAFE, Respondents, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Order reversed on the law and facts and as a matter of discretion, with $10 costs and disbursements, and motion granted, with $10 costs. Memorandum: In view of plaintiffs' unexplained and unexcused neglect to bring the action on for trial for 44 months, it was an improvident exercise of discretion to deny defendant's motion to dismiss the complaint for failure to prosecute. All concur. (Appeal from an order of Monroe County Court affirming an order of Rochester City Court, which denied defendant's motion to dismiss plaintiffs' complaint on the ground of laches.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ In the Matter of CARTHAGE PAPER MAKERS, INC., et al., Respondents, against MUTUAL BOX BOARD COMPANY et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Oneida Special Term granting petitioners' motion to vacate respondents' [appellants'] notice of examination before trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ.

■ LEONARD COOLEY et al., Respondents, v. FRANK J. KOLB, Appellant. FRANK J. KOLB, Appellant, v. LEONARD E. COOLEY, Respondent.— Judgment and orders affirmed, with costs. All concur. (In consolidated automobile negligence actions, appeals from a judgment of Monroe Trial Term for plaintiffs in the first action and for defendant in the second action. The orders appealed from were on the Judge's minutes in the first action (1) denying defendant's motion for a new trial and (2) denying separation of the verdict in favor of Leonard Cooley under section 495 of the Civil Practice Act and (3) a written order in the second action denying plaintiff's motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ LORENA VAN EPPS, Respondent, v. VICTOR SALITAN, Appellant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Monroe County Court for plaintiff in an action for damages for personal injuries alleged to have been sustained by plaintiff by reason of defective ceiling in an apartment.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.

■ ETHEL FOSTER, Respondent, v. JOHN L. CASE, Appellant, et al., Defendant.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Onondaga Trial Term for plaintiff and against defendant Case in an automobile negligence action.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.